AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>VINCENT HENSON-TYREE,<br>also known as "Vincent Tyree-Henson,"<br>DOB: xx/xx/xxxx-PDID: xxx-xxx<br><br>*Defendant(s)* | Case: 1:22-mj-00163<br>Assigned To : Harvey, G. Michael<br>Assign. Date : 7/15/2022<br>Description: Complaint W/ Arrest Warrant |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 14, 2022__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1); | knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Taurus G2C, 9mm semi-automatic handgun, and 9mm ammunition. |
| 21 U.S.C. § 841(a)(1), and 841(b)(1)(C) | unlawfully, knowingly and intentionally possess with intent to distribute substance containing a detectable amount of cocaine base. |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Investigator, James Jacobs, ATF
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: __07/15/2022__

_____
*Judge's signature*

City and state: __Washington, DC__   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*